CHARLES H. BOAZ, Appellant, *v.* FRANK W. COOLBAUGH,
Respondent.

*Boaz* v. *Coolbaugh,* 114 App. Div. 902, affirmed.
(Argued April 18, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
25, 1906, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court on trial at
Special Term in an action to rescind a sale of stock on the
ground that it was induced by fraud.

*Alexander Thain* and *Burton Thompson Beach* for
appellant.

*Frank S. Gannon, Jr.,* and *Frank H. Curry* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

ISAAC E. SMITH, Appellant, *v.* THE VILLAGE OF FORT PLAIN,
Respondent.

*Smith* v. *Village of Fort Plain,* 112 App. Div. 907, affirmed.
(Argued April 18, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 21, 1906, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term without a jury in an action to restrain the diver-
sion of the waters of a stream and for damages.

*Andrew J. Nellis* for appellant.

*Joseph L. Moore* and *H. M. Eldredge* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.